137

(No. 75-CC-89—)

LEWIS UNIVERSITY CAMPUS SHOP, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed October 4, 1974.*

LEWIS UNIVERSITY CAMPUS SHOP, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-91—)

G. F. STOUT, MECH. CONTR., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed October 4, 1974.*

G. F. STOUT, MECH. CONTR., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.